# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143632(29)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

HAROLD WINFIELD CAGE,
       Defendant-Appellant.

SC: 143632
COA: 304175
Saginaw CC: 05-026553-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's November 21, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

_____
Clerk

d0514